UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------x
                                   :
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     Civil No. 3:02cr00251(AWT)
                                   :
JOHN SANDERS                       :
                                   :
-----------------------------------x
```

**ORDER TO SHOW CAUSE**

The defendant appears to be eligible for a reduction in his sentence of imprisonment under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on retroactive application of the guideline applicable to crack cocaine offenses.

The revised guideline range applicable to the defendant appears to call for a sentence of imprisonment of 262 to 327 months, and at the time of the original sentencing, the court imposed a sentence that was a downward departure 66% below the bottom of the then-applicable Guidelines range.

Accordingly, it is hereby ordered that the government file a memorandum on or before April 11, 2008, showing why the court should not order that the defendant's sentence of imprisonment be reduced to 89 months, with credit for time served.

The Clerk shall mail a copy of this order to the defendant.

It is so ordered.

Signed this 11th day of March, 2008 at Hartford, Connecticut.

_____/s/AWT_____
Alvin W. Thompson
United States District Judge